IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02055-MSK-OES

AUSTIN COLE, by and through his next friend,
LATICIA COLE and
LATICIA COLE, individually,

Plaintiff(s),

vs.

DICK SIMON TRUCKING, INC., a Utah corporation;
DOREL JUVENILE GROUP, INC.; and
DOREL INDUSTRIES, INC.;

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 6, 2005

      Defendants' Motion for Clarification of January 19, 2005, Minute Order (Docket No. 221) [filed July 1, 2005] is GRANTED.  The liability discovery cut-off date is extended to and including September 1, 2005.